IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
9|9|99 PURSUANT
TO FRCP RULES 58 & 79a

RICHARD GUEVARA, et. al.,          *
                                    *
        Plaintiffs,                 *
                                    *
                                    *
v.                                  *     CIVIL NO. 98-2148(JP)
                                    *
                                    *
Z AUCTION, et. al.,                 *
                                    *
        Defendants                  *
                                    *

## PARTIAL JUDGMENT

Plaintiffs' Motion Requesting Entry of Default (**docket No. 34**) states that co-Defendant Liage International, Inc. ("Liage") has failed to provide notice of new counsel on or before June 10, 1999. The Court's Order dated May 11, 1999 (docket No. 25) indicated that should co-Defendant Liage fail to provide notice of new counsel by June 10, 1999, it would enter a default judgment and schedule a damages hearing. Co-Defendant Liage has not provided the Court with just cause for its failure to provide notice of new counsel nor otherwise responded to Plaintiffs' Motion.

Therefore, the Court hereby **GRANTS** Plaintiffs' Motion Requesting Entry of Default against co-Defendant Liage. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court will hold a

AO 72A
(Rev.8/82)



CIVIL NO. 98-2148 (JP)            2

damages hearing at trial, which will be scheduled at the Initial Scheduling Conference.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of September, 1999.

                                          JAIME PIERAS, JR.
                               U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)