IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD GUEVARA, et. al.,

    Plaintiff,

v.       CIVIL NO. 98-2148(JP)

Z AUCTION, et. al.,

    Defendant

### PARTIAL JUDGMENT

Plaintiffs' Informative Motion on Service of Summons upon Defendant Micromart and Requesting Leave to Obtain Information Regarding Defendant Z Auction's Service (**docket No. 27**) states that Plaintiff served Co-defendant Micromart with summons on May 17, 1999. Micromart was required to file an answer within twenty days of service, or by June 7, 1999. See Fed. R. Civ. Proc. 12(a). To date, Micromart has failed to answer Plaintiffs' Complaint or otherwise appear in this action. Therefore, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Goldman, Antonetti, Ferraiuoli, Axtmayer & Hertell, a Partnership v. Medfit Intern., Inc., 982 F.2d 686, 692 (1st Cir. 1993), the Court hereby finds co-Defendant Micromart to be in **DEFAULT** for failure to appear.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of September, 1999.

by: _[signature]_
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE