# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 OCT 25  AM 9 20

CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN. PR

RICHARD GUEVARA, et al.,

    Plaintiffs

vs.                                                      CIVIL NO. 98-2148 (JP)

Z AUCTION, et al.,

    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** September 27, 1999<br>**Docket #** 38<br>[] **Plffs**   [X] **Defts**   [] **Other**<br><br>**Title:** Motion By Nonresident Attorney to Appear and Participate in this Case | **GRANTED.** Shannon White Cogen **SHALL** be permitted to appear and participate in the above-captioned case in association with local counsel, Diego A. Ramos. |

**Date:** 10/20/99

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 40 |

4