ENTERED ON DOCKET

1/25/00 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD GUEVARA, et al.,          *
                                  *
    Plaintiffs,                   *
                                  *
                                  *
                                  *
v.                                *    CIVIL NO. 98-2148(JP)
                                  *
                                  *
Z AUCTION, et al.,                *
                                  *
    Defendants                    *
_____*

### PARTIAL JUDGMENT

Pursuant to the Opinion and Order of this same date, the Court hereby enters **JUDGMENT, DISMISSING WITHOUT PREJUDICE** the Complaint against Defendant Onsale, Inc. The dismissal without prejudice is only to permit Plaintiffs to bring the same action in a more appropriate forum should they so choose. The Court, however, expresses no opinion as to the merits of Plaintiffs' action.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of January, 2000.

```
                                  JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE
```