IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 31 AM 8 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| RICHARD GUEVARA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL NO. 98-2148(JP) |
| Z AUCTION, et al., | * | |
| Defendants | * | |

### O R D E R

The Court previously entered default against co-defendants Liage International, Inc. and Micromart, and indicated that it would determine the damages attributable to these co-defendants at trial. The trial date was to be determined at the Initial Scheduling Conference, scheduled for December 14, 1999. However, in light of the Court's decision to dismiss the action against the only remaining co-defendant, Onsale, Inc., for lack of personal jurisdiction, the ISC was not held. Thus, a damages hearing **SHALL** be held on **March 2, 2000 at 9:30 a.m.** for co-defendants Liage and Micromart, who are in default.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of January, 2000.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)