UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD GUEVARA, et al.,

    Plaintiffs

vs.                                      CIVIL NO. 98-2148 (JP)

Z AUCTION, et al.,

    Defendants

RECEIVED & FILED
'00 MAR -1 AM 8 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

The Court hereby **ORDERS** that the damages hearing scheduled for March 2, 2000 at 9:30 a.m. is hereby **RESCHEDULED** for **March 13, 2000 at 9:30 a.m.**

Date: 2/28/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:          # 48

+ Kennet Suria