UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 MAR -1 AM 8 30

CLERK'S OFFICE
U S.DISTRICT COURT
SAN JUAN, P R

RICHARD GUEVARA, et al.,

    Plaintiffs

vs.    CIVIL NO. 98-2148 (JP)

Z AUCTION, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 24, 2000<br>**Docket #** 47<br><br>[X] Plffs   [] Defts<br><br>**Title:** Motion Requesting Permission to Submit Plaintiffs' Testimony in Written Form | **GRANTED.** As there is no opposition to Plaintiffs' motion, the Court hereby **GRANTS** Plaintiffs' request to submit their testimony in written form. |

Date: 2/28/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 49

+ Kenneth Surié