IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD GUEVARA, et. al.,

    Plaintiff,

v.                                              CIVIL NO. 98-2148(JP)

Z AUCTION, et. al.,

    Defendant

## FINAL JUDGMENT

On March 13, 2000, counsel for Plaintiffs Richard Guevara, Zoraida Montes Rosario, and the conjugal partnership constituted between them appeared before this Court for a hearing on damages against co-Defendants Micromart and Liage International, Inc. against whom default had been entered previously. Counsel for Plaintiffs indicated, however, that Plaintiffs do not wish to pursue the case at this time and have requested the dismissal of the Complaint without prejudice. Thus, pursuant to Rule 41(a)(2), the Court hereby **DISMISSES WITHOUT PREJUDICE** the above-captioned Complaint.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 13 day of March, 2000.

                                                      JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE

RECEIVED & FILED
'00 MAR 13 PM 2:20
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

AO 72A
(Rev.8/82)